**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHRIS LANGER,                          )    Case No. EDCV 15-00425-VAP
                                       )    (SPx)
            Plaintiff,                 )
                                       )    **JUDGMENT**
      v.                               )
                                       )
ARTURO C. BARRAGAN SR.;                )
MARIA BARRAGAN; AND DOES               )
1-10,                                  )
                                       )
            Defendants.                )
_____)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

     Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiff Chris Langer ("Langer"), and against Defendants Arturo C. Barragan, Sr. and Maria Barragan ("Defendants").

     The Court awards Langer $4,000.00 in statutory damages, $2,580.00 in attorney's fees, and $440.00 in costs, to be recovered jointly and severally from the Defendants.

1      Furthermore, the Court enters the following

2   injunction against the Defendants:

3

4      Defendants Arturo C. Barragan, Sr., and Maria

5   Barragan are ORDERED to provide a van-accessible parking

6   space at the property located at 2435 Main Street,

7   Riverside, California, in compliance with the Americans

8   with Disabilities Act Accessibility Guidelines ("ADAAG").

9

10  Dated: August 24, 2015    _____

11                            VIRGINIA A. PHILLIPS

12                            United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28